IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 1:14-CR-135 |
| v. | ) |
| | ) The Honorable Liam O'Grady |
| MIGUEL ARNULFO VALLE VALLE, | ) |
| a/k/a "El Colocho" and "AV," *et al.*, | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES' MOTION TO SEAL
## PURSUANT TO LOCAL CRIMINAL RULE 49(E)

The United States of America, through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Mary K. Daly, Assistant United States Attorney, submits this Motion to Seal pursuant to Local Rule of Court 49(E) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, and asks for an Order sealing the *ex parte in camera* submission attached, under seal, to this motion. The attached *ex parte in camera* submission is submitted under seal pursuant to Local Rule 49(E), which provides that the document is to be treated as sealed pending the outcome of this motion. A proposed Order is attached.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
For: Mary K. Daly
Assistant United States Attorney
VSB: n/a
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: 703-299-3700
Fax: 703-837-8242
Mary.K.Daly@usdoj.gov