IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:14CR135 |
| | : | |
| Miguel Arnulfo Valle Valle, | : | |
| | : | |
| Luis Alonso Valle Valle, | : | |
| | : | Judge Liam O'Grady |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR A BILL OF PARTICULARS**

Come now the defendants, Miguel Valle Valle ("Miguel") and Luis Valle Valle ("Luis") (collectively "the Valles"), by and through undersigned counsel, pursuant to Federal Rules of Criminal Procedure, Rule 7(f) and the Fifth and Sixth Amendments to the United States Constitution, and hereby move this Court for an order compelling the government to file a bill of particulars, setting forth the following:

With respect to Counts One and Three of the Superseding Indictment:

1. Identify with as much particularity as possible the acts committed by the Valles that occurred in the Eastern District of Virginia.
2. Identify with as much particularity as possible the acts committed by co-conspirators that the Valles would know, or were reasonably foreseeable to the Valles, that the conspiracy would be completed in the Eastern District of Virginia.
3. Identify with as much particularity as possible the approximate dates, times, and locations of meetings or conversations in which the Valles were active participants that would impugn the knowledge to them that the cocaine sent out of the Honduras would enter and remain in the Eastern District of Virginia.

4. Identify with as much particularity as possible the names of co-defendants who participated in the District of Virginia distributions versus those who participated in distributions to other locations in the United States.

Wherefore, the defendants, Miguel Valle Valle and Luis Valle Valle, respectfully request that the Court grant their motion for the entry of an order compelling the government to file a bill of particulars as requested above and for such other relief as the Court deems proper.

Respectfully submitted,

*/s/*

WILLIAM B. CUMMINGS, ESQUIRE
Virginia Bar No.: 06469
Local Counsel for Miguel Arnulfo Valle Valle
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177
Alexandria, Virginia 22313
Tel: (703)836-0238
Fax: (703)836-0238
Email: wbcpclaw@aol.com

*s/ Jay A. White* .

Jay A. White
Counsel for Miguel Arnulfo Valle Valle
White, White & Associates, P.A.
One Northeast 2nd Avenue
Miami, Florida 33132
Tel: (305)-358-1100
Fax: (305)-358-2530
Email: jay@jayawhite.com
Florida Bar No.: 717850

*s/ David S. Weinstein* .

David S. Weinstein
Counsel for Miguel Arnulfo Valle Valle
(Pending Pro Hac-Vice approval)
799 Brickell Plaza
Suite 900

Miami, Florida 33131
Tel: (305) 377-0700
Fax: (305) 377-3001
Email: dweinstein@cspalaw.com
Florida Bar No.:749214

_____________/s/____________________
Gregory Todd Hunter, Esquire
Virginia Bar No. 45489
Local Counsel for Luis Alonso Valle Valle
Law Office of Gregory Hunter
2055 North 15th Street, Suite 302
Arlington, VA 22201
Tel: (703) 966-7226
Fax: (703) 527-0810
Email: greghunter@mail.com

*s/ Paul Fraynd* .
Paul Fraynd
Counsel for Luis Alonso Valle Valle
Law Office of Paul Fraynd, P.A.
The White Building
2nd Floor
Miami, Florida 33132
Tel: (305) 358.1227
Fax: (305) 358.2503
Email: Paul.Fraynd.Law@gmail.com
Florida Bar No.: 493961

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System.

____________/s/______________________
WILLIAM B. CUMMINGS, ESQUIRE
Virginia Bar No.: 06469
Local Counsel for Miguel Arnulfo Valle Valle
WILLIAM B. CUMMINGS, P.C.
Post Office Box 1177

Alexandria, Virginia 22313
Tel: (703)836-0238
Fax: (703)836-0238
Email: wbcpclaw@aol.com