IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



2015 MAY -6 P 3: 54

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim No. 1:14-CR-135 |
| | ) | |
| MIGUEL ARNULFO VALLE VALLE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

<u>PRAECIPE FOR SUBPOENA</u>

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 22nd day of June, 2015, then and there to testify on behalf of the United States:

<u>20 Blank Subpoenas</u>

This 6th day of May, 2015.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: _____
Mary K. Daly
William M. Sloan
Attorneys for the United States of America



# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MIGUEL ARNULFO VALLE VALLE, et al. | ) | Case No. 1:14-CR-135 |
| *Defendant* | ) | |

2015 MAY -6 P 3:54

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 401 Courthouse Square<br>Alexandria, Virginia 22314 | Courtroom No.: 700 - Hon. Liam O'Grady |
|---|---|---|
| | | Date and Time: June 22, 2015 - 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 05/06/2015

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **United States of America** _____, who requests this subpoena, are:

Mary K. Daly
William M. Sloan
Attorneys for the United States of America
2100 Jamieson Avenue, Alexandria, VA 22314
Mary.K.Daly@usdoj.gov
William.Sloan2@usdoj.gov
(703) 299-3700