UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 14-CR-135 |
| MIGUEL ARNULFO VALLE VALLE | : | |
| Defendant | : | |

MOTION FOR LEAVE TO FILE A
CONDITIONAL NOTICE OF APPEARANCE

Miguel Arnulfo Valle-Valle, through undersigned counsel Jorge E. Artieda, respectfully moves this Court to permit him and *pro hac vice* counsel Robert Feitel, Esquire, to enter a "conditional notice of appearance" in this case.

As described more fully in the attached affidavit of Mr. Feitel, counsel has been waiting since June 15, 2015 for the Department of Treasury's Office of Foreign Asset Control (OFAC) to grant a license to receive payment for legal fees for representing Mr. Miguel Valle Valle. That license application has thus been pending for a month and Mr. Feitel is virtually certain that it will ultimately be granted. As a matter of professional responsibility, counsel does not wish to wait any longer before entering an appearance in this case. Indeed, counsel believes it is necessary to advance the case by entering an appearance so that the defense can obtain discovery, meet with the prosecutors in this case and otherwise work productively on behalf of the defendant. Counsel therefore requests that this Court permit counsel to enter an appearance, conditioned on ultimate receipt of the OFAC license. A completed copy of the Application To Qualify AS a Foreign Attorney Under Local Criminal Rule 57.4 is attached to this motion.

1

Mr. Feitel has personally spoken with Assistant United States Attorney Mary Daly concerning this motion and represents that the Government takes "no position" about the request.

Undersigned counsel would be glad to respond in open court at a status hearing to any questions the Court might have concerning this request. A proposed Order is attached hereto for the Court's consideration.

Respectfully submitted,

_____
Jorge E. Artieda, Esquire
100 N. Washington Street #222
Falls Church, Virginia  22046
Virginia State Bar No. 82963
(703) 388-6055
Jorge@ArtiedaLaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion For Leave to File a Conditional Notice of Appearance was filed via the Electronic Filing System upon counsel for the Government, Assistant United States Attorneys Mary and all upon all other defense counsel of record, this 15th day of July, 2015.

*Jorge E. Artieda*

_____
Jorge E. Artieda, Esquire