UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

UNITED STATES                                  :

v.                                             :         Case No. 14-CR-135

MIGUEL ARNULFO VALLE VALLE                     :

    Defendant                                  :

DECLARATION IN SUPPORT OF
MOTION TO APPEAR PRO HAC VICE

I, Robert Feitel, do hereby swear and affirm as follows:

1. I am attorney admitted to practice in the District of Columbia. I am writing this declaration in support of the Motion for Leave To File A Conditional Notice Of Appearance for defendant Miguel Arnulfo Valle Valle being filed by local counsel Jorge E. Artieda. As part of that request, I am seeking leave to appear *pro hac vice* in this case under the same condition.

2. Attached to this declaration is a Certificate of Good Standing issued by the Bar of the District of Columbia within the last forty-five days. I am not now – and have never been - the subject of any disciplinary proceeds in the District of Columbia or any other jurisdiction.

3. Defendant Miguel Arnulfo Valle-Valle is a Honduran national who is charged in this case with two counts alleging international drug trafficking and money laundering. He is also charged in case 13 Cr. 20857 currently pending in the United States District Court for the Southern District of Florida.

4. Mr. Miguel Valle Valle was designated by the United States Department of Treasury Office of Foreign Asset Control (OFAC) as a drug trafficking kingpin on August 20, 2014. As a result of this designation, it is against the law for any United States citizen to conduct a financial transaction with Mr. Miguel Valle Valle without a specific license from OFAC.

5. The defendant was originally represented in this case by Miami attorney Jay White. On May 20, 2015 Mr. White withdrew from representation in this case. The undersigned has since met with Mr. Miguel Valle Valle and the parties have reached an agreement for counsel to represent him in the criminal case pending in the United States District Court for the Eastern District of Virginia. On June 15, 2015 the undersigned submitted a letter

1

to OFAC requesting a license to represent the defendant. OFAC acknowledged receipt of the request by email dated June 16, 2015.

6. Undersigned counsel has previously requested - and obtained - licenses from OFAC in numerous other cases. In counsel's experience the length of time necessary for license approval ranges from two weeks to two months. Unfortunately, the process is opaque and it is exceedingly difficult to speak with anyone directly at OFAC about a pending license request. As of July 15, 2015, the OFAC telephone system indicates only that the license request is "pending."

7. While the license is pending the undersigned cannot receive payment for legal services from the defendant and for this reason, counsel has not yet requested permission to appear *pro hac vice*. At this juncture, however, more than a month has passed since the OFAC license was requested and both Mr. Miguel Valle Valle and undersigned counsel are anxious to begin working on the case.

8. With that in mind, undersigned has considered the available options and determined that it would be appropriate to request leave of this Court to enter an appearance *pro hac vice*, conditioned on the receipt of a license from OFAC to represent Mr. Miguel Valle Valle. This would give undersigned the authority to advance the case by *inter alia*, obtaining discovery, speaking with the prosecutors, and attempting to resolve the matter either by plea or by preparing for trial. The undersigned has personally spoken with Assistant United States Attorney Mary Daly concerning this request and she has indicated that the Government takes "no position."

9. The undersigned has every reason to believe that the OFAC license will be granted for this case in the near future. Rather than wait in limbo, the undersigned believes that it is in the best interest of all parties to take steps to take a reasonable effort to move this case forward. Counsel is also willing to accept the limited risk that if the license request is ultimately denied, he will not receive compensation for the work done until that point.

10. The undersigned therefore requests that this Court grant the motion for local counsel and *pro hac vice* counsel to make a conditional appearance in this case.

_____
Robert Feitel