UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES | : |
| v. | :     Case No. 14-CR-135 |
| MIGUEL ARNULFO VALLE VALLE | : |
| Defendant | : |

### ORDER

Upon consideration of the Motion For Leave To File a Conditional Notice of Appearance in this case on behalf of defendant Miguel Arnulfo Valle Valle submitted by local counsel Jorge E. Artieda, a member in good standing of the Virginia State Bar and *pro hac vice* counsel, Robert Feitel, a member in good standing of the Bar of the District of Columbia, and the entire record herein, it is this _____ day of July 2015

ORDERED, that the motion is granted and that the Clerk of the Court shall enter the appearance of Jorge A. Artieda as counsel of record and Robert Feitel as *pro hac vice* counsel. Both appearances are conditioned upon ultimate receipt by counsel of a license by the Office of Foreign Asset Control to receive payment for legal fees.

_____
Liam O'Grady
United States District Judge