Date: 01-07-16   Judge: **LIAM O'GRADY**
Time: 9:47 To 10:14

Reporter: N. Linnell
Interpreter: M. Horvath & A. Lefebvre
Language: Spanish

UNITED STATES of AMERICA

vs.

MIGUEL ARNULFO VALLE VALLE
Defendant's Name

1:14CR00135-001
Case Number

Jorge Enrique Artieda (Local counsel-**Not present, excused**)
Robert Feitel (Pro hac vice)
Counsel for Defendant

Mary Daly and William Sloan
Counsel for Government

Matter called for:
( ) Motions   ( ) Setting Trial Date   ( X ) Change of Plea Hrg.   ( ) Rule 35   ( ) Arraignment
( ) Appeal from USMC   ( ) Sentencing   ( ) Rule 20 & Plea   ( ) Probation/Supervised Release Hrg
( ) Pre-Indictment Plea   ( ) Other: _____

Defendant appeared:   ( X ) in person       ( ) failed to Appear
                     ( X ) with Counsel   ( ) without counsel   ( ) through counsel

Filed in open court:

( X ) Plea Agreement ( X ) Statement of Facts **and placed UNDER SEAL.**

Arraignment & Plea:
( ) WFA   ( ) FA   ( X ) PG   ( ) PNG   Trial by Jury: ( ) Demanded   ( ) Waived

Defendant entered a Plea of Guilty pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure to <u>Count 1 of the Superseding Indictment.</u>

Defendant directed to USPO for PSI: ( X ) Yes   ( ) No
Case continued to 04/22/16 at 9:00 a.m. for: ( X ) Sentencing

Court *provisionally* accepts plea, pending preparation of a presentence report. Govt's motion to seal the plea agreement and statement of facts – granted.

Defendant is remanded.

Email P.O. and Jury: X
LOG Red Book   X
Chambers calendar   X

Jury trial set: 01/19/16