Date: 04-29-16                        **SENTENCING**                    Judge: O'GRADY
Time: 9:29    To 9:39                                                   Reporter: N. Linnell
                                                                        Interpreter: Maria Horvath
                                                                        Language: Spanish

UNITED STATES OF AMERICA

                                                                        Case Number: 1:14CR00135-001
V.

MIGUEL ARNULFO VALLE VALLE
Counsel/Govt: William Sloan and Mary Daly          Counsel/Deft: Robert Feitel
Court adopts PSI (X): The court accepted the plea agreement negotiated between the parties pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), which provided an agreed upon sentence of thirty (30) years.

**SENTENCING GUIDELINES:**                         Court departs from Guidelines pursuant
Offense Level: 43                                  to:
Criminal History: I                                ____ USSG 5H1.4
Imprisonment Range: LIFE (360 months pursuant to plea agreement)  ____ USSG 5K1.1
Supervised Release Range: 5 Years                  ____ USSG 5K2.12
Fine Range: $ 25,000 to $10,000,000                ____ USSG 5C1.2
Restitution $ -0-                                  ____ Other: _____
Special Assessment $ 100        ( ) Satisfied      ( ) Unsatisfied

**JUDGMENT OF THE COURT:**
BOP for THREE HUNDRED SIXTY (360) MONTHS, with credit for time served since his arrest in Honduras on 10/05/2014
Supervised Release for FIVE (5) YEARS, with special conditions: (X) Yes ( ) No
Supervised Probation for _____ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $ _____ due immediately/ monthly installments of $ _____ to begin w/in ____ days of release from custody/imposition of sentence
(X) Fine/costs of incarceration waived

Consent Order of Forfeiture entered and filed in open court.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE:**

X   As a condition of supervised release, upon completion of his term of imprisonment, the defendant is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security United States Immigration and Customs Enforcement for a deportation review in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. §1101 et seq. As a further condition of supervised release, if ordered deported, the defendant shall remain outside the United States.

X   If the defendant is not deported, he shall comply with the standard conditions of supervised release, to include substance abuse testing and treatment, as directed by the probation officer.

The court recommends that the defendant be designated to FCI Coleman, Florida area to be near family.

**Defendant is remanded.**