UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | No. 1:14 CR 135-1 (LMB) |
| MIGUEL VALLE VALLE | : | |
| Defendant. | | |

NOTICE OF APPEAL

Notice is hereby given that Miguel Valle Valle above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 22nd day of July 2024.

/s/ *Sandi S. Rhee*

---

Sandi S. Rhee (VSBN 47328)
10001 Georgetown Pike, #63
Great Falls, Virginia 22066
(202) 285-8366 Cellular
SandiRheeLaw@Gmail.com

Robert Feitel (DC Bar No. 366673)
1300 Pennsylvania Avenue, NW
#190-515
Washington, DC 20004
(202)255-6637 Cellular
RF@RFeitellaw.com

Dated: August 1, 2024